CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
RAMANUJAN NADADUR (Bar No. 315718)
(E-Mail: Anuj_Nadadur@fd.org)
Research and Writing Attorney
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2911
Facsimile: (213) 894-0081

Attorneys for Defendant
DYLON ROBERT HERNANDEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DYLON ROBERT HERNANDEZ<br><br>    Defendant. | Case No. 5:13-cr-00122-VAP-1<br><br>**ORDER SHORTENING TIME AND SETTING A BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Defendant Mr. Dylon Hernandez's *Ex Parte* Application For an Expedited Briefing and Hearing Schedule is GRANTED. The government's opposition is due on or before Friday August 7, 2020, and Defendant Mr. Hernandez's reply is due on or before Friday August 14, 2020. Hearing in this matter is set for Monday, August 17, 2020, at 9:00 a.m.

Dated: July 29, 2020             _____
                                          HONORABLE VIRGINIA A. PHILLIPS
                                          United States District Judge